# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

J.M.,

        Plaintiff,

     v.

FRANK BISIGNANO, Commissioner of Social Security, et al.,

        Defendants.

Case No.25-cv-00600-SVK

**JUDGMENT**

Pursuant to the Court's June 4, 2026 order reversing the decision of the Commissioner and remanding this case for the immediate calculation and payment of benefits, judgment is entered in favor of Plaintiff and against Defendants.  The Clerk of Court shall close the file in this matter.

     **SO ORDERED.**

Dated: June 4, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California